UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM ALEXANDER,<br><br>        Plaintiff,<br><br>    v.<br><br>HILTON HOTELS WORLDWIDE,<br><br>        Defendant. | Case No. 24-cv-08394-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>**RE: DKT. NOS. 2, 6** |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed.[1] The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice to bringing the claims in state court. The Plaintiff's in forma pauperis application (docket no. 2) is **DENIED**. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the file.

**IT IS SO ORDERED.**

Dated: January 13, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court notes that some mail sent to Plaintiff appears to have been returned as undeliverable. *See* Dkt. Nos. 9, 10. However, Plaintiff has an obligation to notify the Court of a change of address and, to date, he has not done so. *See* Civil L.R. 3-11(a).